BLANCHE PERMAN et al., Appellants, v. SIDNEY SILVER, Respondent.—

Hopkins, Acting P. J., Shapiro, Christ, Brennan and Benjamin, JJ., concur.